THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EXPANDING ENTERPRISES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation,<br><br>Defendant. | No. 2:17-cv-00484 JLR<br><br>STIPULATED MOTION AND ORDER REGARDING TIME TO ANSWER AND PROPOSED ORDER<br><br>Note on Motion Calendar March 30, 2017 |



## **STIPULATION**

The parties, by and through their respective attorneys of record, hereby stipulate as follows:

The deadline for Continental Western Insurance Company's Answer has not yet expired. *See* Fed. R. Civ. P. 81(c)(2) (current deadline based upon removal date). Good cause exists to extend this deadline, because Continental Western Insurance Company requires additional time to provide full Answer to the claims in this matter, and the additional time will allow full answer, will preclude amendment of the Answer, including motions

STIPULATED MOTION AND PROPOSED
ORDER (Cause No. 2:17-cv-00484 JLR) – 1
mmp/LCN6412.234/2512843x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

regarding same, and will not delay trial or otherwise prejudice the parties or inconvenience the Court. See Fed. R. Civ. P. 6(b)(1). The parties request that the Court order that the deadline for Continental Western Insurance Company's Answer is extended three weeks, from March 31, 2017, to April 21, 2017.

IT IS SO STIPULATED. The parties move the Court for an Order regarding this deadline.

Dated this 30th day of March, 2017.

WILSON SMITH COCHRAN DICKERSON

By _s/ John M. Silk   Lisa C. Neal_
   John M. Silk, WSBA No. 15035
   Lisa C. Neal, WSBA No. 25686
   Attorneys for Defendant

MONTGOMERY PURDUE BLANKINSHIP

By _s/ Andrew R. Chisolm_
   Andrew R. Chisolm, WSBA No. 30673
   Attorney for Plaintiff

STIPULATED MOTION AND PROPOSED
ORDER (Cause No. 2:17-cv-00484 JLR) – 2
mmp/LCN6412.234/2512843x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## ORDER

Based upon the above stipulation, and for good cause shown, it is hereby ORDERED that Continental Western Insurance Company's Answer in this matter is due on April 21, 2017. Any deadlines dependent upon the deadline for Answer are also hereby extended to the relevant time period following the filing of the Answer.

Dated this 30th day of March, 2017.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

WILSON SMITH COCHRAN DICKERSON

By _s/ John M. Silk    Lisa C. Neal_
    John M. Silk, WSBA No. 15035
    Lisa C. Neal, WSBA No. 25686
    Attorney for Defendant

MONTGOMERY PURDUE BLANKINSHIP

By _s/ Andrew R. Chisolm_
    Andrew R. Chisolm, WSBA No. 30673
    Attorney for Plaintiff

STIPULATED MOTION AND PROPOSED
ORDER (Cause No. 2:17-cv-00484 JLR) – 3
mmp/LCN6412.234/2512843x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served via ECF the foregoing document on:

**Attorney for Plaintiff**
Andrew R. Chisolm
Montgomery Purdue Blankinship & Austin
5500 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7096
(  )  Via U.S. Mail
(  )  Via Facsimile:  (206) 625-9534
(  )  Via Hand Delivery
(X)  Via Email:  achisholm@mpba.com

**SIGNED** this 30th day of March, 2017, at Seattle, Washington.

　　　　　　　　　　　　　　　　　　*s/ Alicia Ossenkop*
　　　　　　　　　　　　　　　　　　Alicia Ossenkop

STIPULATED MOTION AND PROPOSED
ORDER (Cause No. 2:17-cv-00484 JLR) – 4
mmp/LCN6412.234/2512843x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273