UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EXPANDING ENTERPRISES, LLC, | CASE NO. C17-0484JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| CONTINENTAL WESTERN INSURANCE COMPANY, | |
| Defendant. | |

The court has reviewed Defendant Continental Western Insurance Company's ("Continental") notice of removal (Not. (Dkt. # 1)) and finds that Continental does not allege facts that demonstrate subject matter jurisdiction.

Continental asserts that the court's jurisdiction is based on diversity of citizenship. (*Id.* ¶ 4.) For purposes of assessing diversity, the court must consider the domicile of all members of a limited liability company. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n LLC is a citizen of every state of which its

ORDER - 1

owners/members are citizens."); *see also* Local Rules W.D. Wash. LCR 101(e) ("In a case removed from state court . . . based on diversity, the notice of removal must also, to the extent possible, identify the citizenship of the parties, and, if any of the parties is a limited liability corporation (LLC), a limited liability partnership (LLP), or a partnership, identify the citizenship of the owners/partners/members of those entities to establish the court's jurisdiction."). Continental alleges that it is an Iowa domiciliary (Not. ¶ 3) and that Plaintiff Expanding Enterprises, LLC, is a "Washington limited liability company" (*id.* ¶ 4). However, Continental does not allege the domicile of Expanding Enterprises's members. (*See generally id.*; *see also* Silk Decl. (Dkt. # 2) ¶ 6.) Accordingly, the court cannot conclude that it has subject matter jurisdiction over this action.

The court ORDERS Continental to SHOW CAUSE within ten (10) days of the entry of this order why the case should not be remanded for lack of subject matter jurisdiction. Continental's response may not exceed three (3) pages. Expanding Enterprises may, but is not required to, file a response subject to the same deadline and page limit. If Continental fails to timely and adequately comply with this order, the court will remand the case to King County Superior Court.

Dated this 11th day of April, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2