THE HON. JAMES L. ROBART
TRIAL DATE: September 4, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EXPANDING ENTERPRISES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation,<br><br>Defendant. | No. 2:17-cv-00484 JLR<br><br>STIPULATION FOR AND ~~(PROPOSED)~~ ORDER OF DISMISSAL |



IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs to any party, with each party to bear its own attorneys' fees and other litigation expenses.

DATED this 27th day of November, 2017.

WILSON SMITH COCHRAN DICKERSON

*s/ Lisa C. Neal*
Lisa C. Neal, WSBA #25686
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
Phone: 206-623-4100
L.Neal@wscd.com
*Attorney for Defendant*

STIPULATION FOR AND ~~(PROPOSED)~~
ORDER OF DISMISSAL (Cause No. 2:17-cv-00484 JLR) ao/LCN6412.334/2727752x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  MONTGOMERY PURDUE
2  BLANKINSHIP & AUSTIN
3
   s/ Andrew R. Chisolm
4  Andrew R. Chisolm, WSBA #30673
   701 Fifth Avenue, Ste. 5500
5  Seattle, WA 98104-7096
   Phone: (206) 682-7090
6  achisholm@mpba.com
7  Attorney for Plaintiff
8
9
10
11              **ORDER OF DISMISSAL**
12      It is so ordered.
13      DATED this 27th day of November, 2017.
14
15
16      _____
        THE HON. JAMES L. ROBART
17
18
19
20
21
22
23
24
25
26

STIPULATION FOR AND (PROPOSED)
ORDER OF DISMISSAL (Cause No. 2:17-cv-
00484 JLR) ao/LCN6412.334/2727752x



WILSON       901 FIFTH AVENUE, SUITE 1700
SMITH        SEATTLE, WASHINGTON 98164
COCHRAN      TELEPHONE: (206) 623-4100
DICKERSON         FAX: (206) 623-9273

**CERTIFICATE OF SERVICE**

I, Alicia Ossenkop, certify that on the 27th day of November, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

_s/ Alicia Ossenkop_
Alicia Ossenkop

STIPULATION FOR AND ~~(PROPOSED)~~
ORDER OF DISMISSAL (Cause No. 2:17-cv-00484 JLR)  ao/LCN6412.334/2727752x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273